UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Carolyn Hull, Peggy Knox, Rosann Stenger, and Erma Thompson,<br>　　　Plaintiffs,<br><br>　　　v.<br><br>Sylvia Mathews Burwell,<br>*Secretary of Health and Human Services*,<br>　　　Defendant.[1] | Civil Action No: 3:14-cv-00801(JAM) |

## **JUDGMENT**

This matter came for consideration before Honorable Jeffrey Alker Meyer, United States District Judge. On August 8, 2014, the defendant filed a motion to dismiss in this action.

Judge Jeffrey Alker Meyer, having considered the full record of the case, entered an Order on December 8, 2014, granting defendant's motion to dismiss for lack of standing.

ORDERED, ADJUDGED and DECREED the action is dismissed and the case is closed.

Dated at New Haven, Connecticut this 21st day of July 2015.

　　　　　　　　　　　　　　　　　　　　　　　　ROBIN D. TABORA, Clerk


　　　　　　　　　　　　　　　　　　　　　　　　By /s/ Yelena Gutierrez
　　　　　　　　　　　　　　　　　　　　　　　　Yelena Gutierrez
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

EOD:　July 21st, 2015

---

[1]. The current Secretary of Health and Human Services has been substituted for the named defendant pursuant to Fed. R. Civ. P. 25(d).